UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE GAMMON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-01413-JPH-MJD ) |
| CITY OF INDIANAPOLIS, KENNETH PIERCE, | ) ) ) ) |
| Defendants. | ) |

**ORDER DISMISSING REMAINING STATE-LAW CLAIM
AND DIRECTING ENTRY OF FINAL JUDGMENT**

On March 4, 2025, the Court granted Defendants' motion for summary judgment as to Plaintiff Michelle Gammon's § 1983 claims against them. Dkt. 65 at 20. The Court gave the parties until April 4, 2025 to show cause why the Court should not relinquish jurisdiction over Ms. Gammon's state-law claim against Officer Pierce. *Id.* The Court informed the parties that if they did not respond by that show-cause deadline, the state-law claim would be dismissed without prejudice. *Id.* The deadline to respond has now passed, and no parties have responded. Accordingly, Ms. Gammon's state-law claim against Officer Pierce is **dismissed without prejudice**. Final judgment shall issue by separate entry.[1]

**SO ORDERED.**

Date: 4/7/2025

James Patrick Hanlon
United States District Judge
Southern District of Indiana

---

[1] The notice of appeal filed by Ms. Gammon on March 31 does not prevent this Court from entering final judgment. Because this notice of appeal was premature, the Court "act[s] within its jurisdiction by patching up the judgment to allow appellate review." *Wis. Mut. Ins. Co. v. United States*, 441 F.3d 502, 505 (7th Cir. 2006).

Distribution:

All electronically registered counsel